IT IS ORDERED

Date Entered on Docket: August 18, 2021

_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge



_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re: | Case No. 21-10817-j7 |
| Fabian Leroy Sanchez, | Chapter: 7 |
| Debtor. | |

### DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON PERSONAL PROPERTY IDENTIFIED AS 2018 VOLKSWAGEN PASSAT, VIN: 1VWAA7A34JC007484

This matter came before the Court on the Motion for Relief from Automatic Stay and to Abandon Personal Property filed on July 19, 2021, Docket No. 10 (the "Motion") by VW Credit, its successors and assigns ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

1. On July 19, 2021, Movant served the Motion and a Notice of the Motion (the "Notice") on the case Trustee, Philip J. Montoya ("Trustee"), and on Debtor's counsel, Arun A Melwani, by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on

1

Debtor, Fabian Leroy Sanchez and non-filing co-debtor, Ashley C. Chavez, by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

2. The Motion relates to the personal property known as 2018 Volkswagen Passat, VIN: 1VWAA7A34JC007484 (the "Collateral"). The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which 3 days was added under Bankruptcy Rule 9006(f);

3. The Notice was sufficient in form and content;

4. The objection deadline expired on August 12, 2021;

5. As of August 17, 2021, neither Debtor nor Trustee, nor any other party in interest, filed an objection to the Motion;

6. The Motion is well taken and should be granted as provided herein; and

7. By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that, on August 17, 2021, Dyane Martinez, an assistant for Elizabeth V. Friedenstein searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that DMDC does not possess any information indicating that Fabian Leroy Sanchez and Ashley C. Chavez are currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), the automatic stay is terminated as to the Collateral to permit Movant to exercise its right to take any and all action necessary and appropriate to enforce Movant's interest against the Collateral, including, but not limited to, the right to repossess and liquidate its Collateral and applicable State law.

2. The Trustee is deemed to have abandoned the Collateral from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Collateral therefore no longer is property of the estate.

3. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

4. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

XXX END OF ORDER XXX

Submitted by:

/s/ Elizabeth V. Friedenstein
Elizabeth V. Friedenstein
IDEA Law Group, LLC
2501 San Pedro Drive NE, Bldg. A, Suite 102
Albuquerque, NM 87110
Toll Free: 877-353-2146 ext.1005
Email: elizabethf@idealawgroupllc.com
Attorney for Movant

**Copies to:**
*Debtor:*
Fabian Leroy Sanchez
7100 Louisiana Blvd NE. Apt. G-202
Albuquerque, NM 87109

*Non-Filing Co-Debtor:*
Ashley C. Chavez
629 Edith Blvd SE
Albuquerque, NM 87102